NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE JOHN NICHOLAS GROSS**

---

2014-1073

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/770,937.

---

**ON MOTION**

---

**O R D E R**

John Gross moves without opposition for a 30-day extension of time, until March 10, 2014, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

2                                   IN RE JOHN GROSS

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s21